UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                              Case Number 2:24-cr-69
                                               Judge Edmund A. Sargus, Jr.

NICHOLAS PRICE,
    Defendant.

# Change of Plea
# October 17, 2024
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Peter Glenn-Applegate
For Defendant: Stacey MacDonald
Court Reporter: Shawna Evans
Courtroom Deputy:  Christin Werner

The defendant changed his plea to guilty to counts 5 and 33 of the Indictment.
PSI Ordered.